Kresta Nora Daly, SBN 199689
BARTH TOZER & DALY LLP
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlegal.com

Attorneys for Defendant
SHAUNIE BRIGGS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF WINTERS, A MUNICIPAL CORPORATION AND GENERAL LAW CITY,<br><br>Plaintiff,<br><br>v.<br><br>THERESA E. LINTON, RORY EUGENE LINTON, SHAUNIE BRIGGS, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, INTERNAL REVENUE SERVICE, and DOES 1-5, Inclusive,<br><br>Defendants. | Case No. 2:13-CV-00108-GEB-CKD<br><br>**REQUEST FOR STAY AND [PROPOSED] ORDER** |

On or about November 8, 2012 defendant Shaunie Briggs filed for bankruptcy in the Eastern District of California Bankruptcy Court, Petition Number 12-39695. The filing of a bankruptcy petition operates as a stay of any act to obtain possession of, or to enforce a lien against, property belonging to the debtor's estate. 11 U.S.C. § 362(a). The stay continues until such property is no longer property of the estate. 11 U.S.C. § 362(c)(1).

///
///
///
///

Therefore plaintiff Shaunie Briggs respectfully requests that this Court enter a stay of the above-captioned proceedings until the federal bankruptcy case is resolved.

Dated: January 22, 2013.    BARTH TOZER & DALY LLP


By    /s/ Kresta Nora Daly
     KRESTA NORA DALY

Attorneys for Defendant SHAUNIE BRIGGS


## ORDER

Pursuant to Title 11, United States Code Section 362,

IT IS HEREBY ORDERED this matter is stayed until Eastern District of California Bankruptcy Court, Petition Number 12-39695, is resolved. Counsel for defendant Shaunie Briggs is hereby ordered to notify this Court within 10 days of said resolution.

**Date: 1/23/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge